**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR14 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PHILLIP FIGURES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Phillip Figures (Figures) (Filing No. 47). Figures seeks a continuance of the trial of this matter which is scheduled for June 25, 2012. Upon consideration, the motion is denied.

**IT IS SO ORDERED.**

DATED this 11th day of June, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge